UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONIB ZIRVI, *Plaintiff*, v. ILLUMINA, INC., THERMO FISHER SCIENTIFIC, AKIN GUMP STRAUSS HAUER & FELD LLP, LATHAM & WATKINS, RIP FINST, SEAN BOYLE, MATTHEW A. PEARSON, ANGELA VERRECCHIO, ROGER CHIN, and DOUGLAS LUMISH, *Defendants*. | Case No. 2:23-cv-01997-MCA-JSA<br><br>Honorable Madeline Cox Arleo<br>United States District Court Judge<br><br>**NOTICE OF MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11** |

**TO**:    Clerk, United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Ahmed M. Soliman
Soliman & Associates, P.C
923 Haddonfield Road
Cherry Hill, NJ 08002

Joseph D. Garrity
Lorium Law
101 NE 3rd Ave., Suite 1800
Fort Lauderdale, FL 33301

Amar Anand Agrawal
Eisenberg, Gold & Agrawal, PC
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034

Denise Alvarez
Michael S. Stein
Brendan Michael Walsh
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601

Michelle Ernst
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020

Liza M. Walsh
Marc D. Haefner
Selina Miriam Ellis
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

**PLEASE TAKE NOTICE** that Defendant Illumina Inc., by and through its counsel—upon failure of Plaintiff to withdraw with prejudice his claims against Defendant Illumina on or before October 3, 2023—shall move before the United States District Court for the District of New Jersey, the Honorable Madeline Cox Arleo, United States District Judge, for an Order under Federal Rule of Civil Procedure 11 imposing sanctions on Plaintiff and Plaintiff's counsel, including an award of attorneys' fees and costs to Illumina.

**PLEASE TAKE FURTHER NOTICE** that Defendant Illumina will rely on the accompanying Memorandum of Law and Exhibits attached thereto in support of its Motion.

2

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated:  September 12, 2023                    Respectfully submitted,

*/s/ Keith J. Miller*
Keith J. Miller

ROBINSON MILLER LLC
Keith J. Miller
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ  07102
Telephone: (973) 690-5400
Fax: (973) 466-2761
kmiller@rwmlegal.com

SIDLEY AUSTIN LLP
Bradford J. Badke (*pro hac vice*)
Ching-Lee Fukuda (*pro hac vice*)
787 Seventh Avenue
New York, NY  10019
Telephone: (212) 839-5300
Fax: (212) 839-5599
jbadke@sidley.com
clfukuda@sidley.com

SIDLEY AUSTIN LLP
Joshua J. Fougere (*pro hac vice*)
Adam Kleven
1501 K Street NW
Washington, DC  20005
Telephone: (202) 736-8000
Fax: (202) 736-8711
jfougere@sidley.com
akleven@sidley.com

*Counsel for Defendant Illumina Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, I served Plaintiff's counsel with the foregoing Motion for Sanctions and Memorandum of Law in Support of that Motion via overnight mail and email pursuant to Federal Rule of Civil Procedure 11(c)(2) and Rule 5. I further certify that on October 10, 2023, I electronically filed the foregoing Motion for Sanctions and Memorandum of Law with the Clerk of Court using the CM/ECF system, which will send notice of filing to the email addresses for all counsel listed on the Electronic Mail Notice list.

*/s/ Keith J. Miller*
Keith J. Miller