# Exhibit 4



101 N.E. THIRD AVENUE, SUITE 1800
FORT LAUDERDALE, FLORIDA 33301
(954) 462-8000
www.loriumlaw.com

May 16, 2023

**VIA FEDERAL EXPRESS**
Illumina, Inc.
Attn: Legal Department
Francis DeSouza
Charles Dadswell
5200 Illumina Way
San Diego, CA 92122

Re:    Notice of Correction of Inventorship Pursuant to 35 U.S.C. § 256

Dear Illumina and Legal Department:

We are writing to provide notice of potential correction of inventorship in relation to certain patents and patent applications (collectively, the "Subject Patents") held by Illumina, Inc. ("Illumina"), pursuant to 35 U.S.C. § 256.

This notice is also retroactive to the following cases: *Cornell University v. Illumina, Inc.* (Case 1:10-cv-00433-LPS-MPT), *Zirvi v. Flatley* (Case 1:18-cv-07003-JGK) and *Zirvi v. U.S. National Institutes of Health* (Case 3:20-cv-07648-MAS-DEA). Illumina is and has been aware of these issues since the signing of the redacted First Amendment Agreement and has been put on notice prior to the 2010 filing of *Cornell v. Illumina*, and yet has continued to deny wrongdoing, hampering the efforts of third parties from enforcing intellectual property rights and acknowledgment of inventorship. The patents in suit are listed in the attached complaint, *Zirvi v. Illumina* (Case 2:23-cv-01997-MCA-JSA). In particular, the unredacted First Amendment Agreement was signed by Illumina on April 1, 2001, and admits to renaming ZipCodes sequences as described in WO97/31256 as "Tag Sequences" to decode Illumina arrays.

35 U.S.C. § 256 allows for the correction of inventorship in a patent if it is determined that the naming of the inventors was made in error or through omission. We are committed to correcting the inventorship in any patents that rely on ZipCode sequences and DMAP files to decode the addresses on microarrays and arrays that require one or more ZipCodes to function.

We request that Illumina provide us with any relevant information, documentation or analysis that may assist in determining the Subject Patents' inventorship.

We kindly request a response from Illumina within thirty (30) days of receipt of this letter.

**LORIUM LAW**
ATLANTA   FT. LAUDERDALE   BOCA RATON   CHICAGO

Page 2

---

Thank you for your prompt attention to this matter.

Sincerely,
**LORIUM LAW**

*/s/ Joseph D. Garrity*

Joseph D. Garrity
jgarrity@loriumlaw.com

JDG:rg

Enclosures