# Exhibit 5



101 N.E. THIRD AVENUE, SUITE 1800
FORT LAUDERDALE, FLORIDA 33301
(954) 462-8000
www.loriumlaw.com

July 21, 2023

**VIA FEDERAL EXPRESS**
Illumina, Inc.
Attn: Legal Department
5200 Illumina Way
San Diego, CA 92122

Re: Notice of Correction of Inventorship Pursuant to 35 U.S.C. § 256

Dear Inventors:

We are writing to provide notice to your employee inventors of potential correction of inventorship in relation to certain patents and patent applications (collectively, the "Subject Patents") held by Illumina, Inc. ("Illumina"), pursuant to 35 U.S.C. § 256. Please provide said inventors in your employ with a copy of this communication who comprise Richard Mun-Jui Chen, Todd Dickinson, Michael Lebl, Eugene Chudin, Jean Lozach, Marina Bibikova, Steven Auger, Robert Kain and Don O'Neil.

This notice is also retroactive to the following cases: Cornell University v. Illumina, Inc. (Case 1:10-cv-00433-LPS-MPT), Zirvi v. Flatley (Case 1:18-cv-07003-JGK) and Zirvi v. U.S. National Institutes of Health (Case 3:20-cv-07648-MAS-DEA). Illumina is and has been aware of these issues since the signing of the redacted First Amendment Agreement and has been put on notice prior to the 2010 filing of Cornell v Illumina, and yet has continued to deny wrongdoing, hampering the efforts of third parties from enforcing intellectual property rights and acknowledgment of inventorship. The patents in suit are listed in the attached complaint, Zirvi v Illumina (Case 2:23-cv-01997-MCA-JSA) In particular, the unredacted First Amendment Agreement was signed by Illumina on April 1st, 2001 and admits to renaming ZipCodes sequences as described in WO97/31256 as "Tag Sequences" to decode Illumina arrays.

35 U.S.C. § 256 allows for the correction of inventorship in a patent if it is determined that the naming of the inventors was made in error or through omission. We are committed to correcting the inventorship in any patents that rely on ZipCode sequences and DMAP files to decode the addresses on microarrays and assays that require one or more ZipCodes to function. The patents currently at issue are identified in paragraph 45, a. through zz., pages 11-17, of the enclosed lawsuit.

We request that the investors retain any relevant information, documentation, or analysis that may assist in determining the Subject Patents' inventorship.

Page 2

---

Thank you for your prompt attention to this matter.

                                              Sincerely,
                                              **LORIUM LAW**

                                              */s/ Joseph D. Garrity*

                                              Joseph D. Garrity
                                              jgarrity@loriumlaw.com

Enclosure