UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONIB ZIRVI,<br><br>*Plaintiff*,<br><br>v.<br><br>ILLUMINA, INC., THERMO FISHER SCIENTIFIC, AKIN GUMP STRAUSS HAUER & FELD LLP, LATHAM & WATKINS, RIP FINST, SEAN BOYLE, MATTHEW A. PEARSON, ANGELA VERRECCHIO, ROGER CHIN, and DOUGLAS LUMISH,<br><br>*Defendants*. | Case No. 2:23-cv-01997-MCA-JSA<br><br>Honorable Madeline Cox Arleo<br>United States District Court Judge<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the Motion of Defendant Illumina, Inc., for sanctions pursuant to Federal Rule of Civil Procedure 11, and the Court having reviewed the papers submitted in support of the Motion and those submitted in opposition, and for good cause shown;

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Illumina shall be awarded attorneys' fees and costs incurred in defending this lawsuit, including the fees and costs incurred on this Motion.

2

      Defendant Illumina may submit an Affidavit for fees and services consistent with L. Civ. R. 54.2 within 30 days of this Order.

_____
Honorable Madeline Cox Arleo
United States District Judge