**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Marc D. Haefner
Direct Dial: (973) 757-1013
mhaefner@walsh.law

October 13, 2023

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Monib Zirvi, M.D., Ph.D. v. Illumina, Inc. et al.*
     Civil Action No.: 2:23-cv-1997 (MCA/JSA)

Dear Judge Allen:

  This firm, along with Shapiro Arato Bach LLP, represents Defendants Thermo Fisher Scientific, Rip Finst, and Sean Boyle (collectively "Thermo Fisher") in the above-referenced matter.

  Pursuant to the Court's Letter Order dated July 11, 2023, which requires "prior leave of Court" before certain motions may be filed, Thermo Fisher hereby respectfully seeks leave to file a motion for sanctions under Rule 11 of the Federal Rule of Civil Procedure, prior to the Court's decision on Thermo Fisher's pending motion to dismiss.  ECF No. 82.

  The Third Circuit has adopted "a supervisory rule for the courts in [this] Circuit" requiring "that all motions requesting Rule 11 sanctions be filed in the district court before the entry of a final judgment." *Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90, 100 (3d Cir. 1988). District Courts, including Judge Arleo, have accordingly denied motions for sanctions as untimely even when such motions are filed very shortly after a dismissal. *See, e.g.*, *Cymonisse v. Fair Cap., LLC*, No. 20-2430, 2021 WL 1178653, at *4 (D.N.J. Feb. 24, 2021), *report & recommendation adopted*, 2021 WL 1175161 (D.N.J. Mar. 26, 2021) (Arleo, J.) (motion for sanctions filed two weeks after dismissal); *Cresskill Volunteer First Aid Squad v. Borough of Cresskill*, No. 05-3294, 2006 WL 8458352, at *1 (D.N.J. Jan. 25, 2006) (same). To avoid running afoul of that supervisory rule, Thermo Fisher must file its motion for sanctions prior to the Court deciding the pending motion to dismiss.

  This Court recently granted leave to defendant Illumina, Inc. ("Illumina") to file a Rule 11 sanctions motion in this case.  ECF No. 95.  To avoid duplicative argument and unnecessary briefing, Thermo Fisher's motion will largely join in Illumina's arguments.  Thermo Fisher is prepared to comply with the briefing schedule set by the Court for Illumina's motion:  motion by October 27; opposition by November 6; reply, if any, by November 13, 2023.  ECF No. 95.

  Thermo Fisher's motion for sanctions is well founded.  Thermo Fisher advised Plaintiff's counsel early on that Thermo Fisher would pursue sanctions if Plaintiff did not withdraw his

Honorable Jessica S. Allen, U.S.M.J.
October 13, 2023
Page 2

complaint.  By letter dated June 15, 2023, Thermo Fisher set out the grounds on which it would seek sanctions, fully explaining that Plaintiff's claims were sanctionable given dispositive prior rulings in a final judgment issued by a federal court in the Southern District of New York and affirmed by the Second Circuit, in a case brought by the same Plaintiff against Thermo Fisher concerning the same or very similar allegations.  Thermo Fisher's June 15 letter attached a Notice of Motion for Sanctions.  By letter dated July 10, 2023, Plaintiff's counsel responded, requesting an extension of the Rule 11 safe harbor until twenty-one (21) days after the date of Thermo Fisher's first responsive filing.  Thermo Fisher submitted its first responsive filing, a comprehensive motion to dismiss, on September 19, 2023.  ECF No. 82.  Twenty-one days from that filing elapsed just recently on October 10, 2023.  Thermo Fisher's motion to dismiss, now fully briefed with all submissions before the Court, further explains and underscores why Plaintiff's claims are plainly sanctionable.

      Accordingly, Thermo Fisher respectfully requests that the Court grant it leave to file its motion for sanctions under Rule 11.  If the Court grants the motion, Thermo Fisher will promptly file its motion, largely joining Illumina's pending motion, by October 27, 2023.

      Respectfully submitted,

      *s/Marc D. Haefner*

      Marc D. Haefner

cc:    All Counsel of Record (via ECF and Email)