

**Joseph D. Garrity, Esq.**
101 N.E. THIRD AVENUE, SUITE 1800
FORT LAUDERDALE, FLORIDA 33301
(954) 462-8000
www.loriumlaw.com

November 14, 2023

**VIA E-FILING**
Honorable Madeline Cox Arleo, U.S.D.J.
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: Monib Zirvi, M.D., Ph.D. v. Illumina, Inc. et al.

Civil Action No.: 23-1997-MCA/JSA

Your Honor Judge Allen,

    This letter is regarding the filing of the enclosed copy of Plaintiff's Combined Verified Response Brief (EFC No. 107) in Opposition to Illumina (ECF No. 99) and Thermo Fisher Scientific's (ECF No. 104) Motion for Rule 11 Sanctions. After several attempts to review Exhibit 7 to determine if any of the Exhibit would fall under the spirit of the Court's ruling regarding the sealing of certain communications a decision was made to seal the exhibit which has been provided to Opposing Counsels on this day.

    Unfortunately, the size of Exhibit 7, over 1600 pages of email correspondence, delayed the ultimate filing until early this morning after it became apparent it would be impossible to determine what should be sealed and what should not be sealed, given prior rulings. In an abundance of caution, we decided to seal the entire Exhibit 7, and address the request to seal in a subsequent filing as required.

    We respectfully request that the Court receive Plaintiff's Combined Verified Response Brief (EFC No. 107) in Opposition to Illumina (ECF No. 99) and Thermo Fisher Scientific's (ECF No. 104) Motion for Rule 11 Sanctions as timely filed and that the Court finds that Exhibit 7 be sealed until further Order of the Court. Alternatively, should the Court require further briefing on the issue, Plaintiff requests leave to file the same.

    **WHEREFORE**, Plaintiff specifically requests the Response and Exhibits be deemed accepted by the Court as filed and that Exhibit 7 be deemed filed under seal until further order of the Court.

Sincerely,

*Joseph D. Garrity*

Joseph D. Garrity, Esq.
For The Firm

**LORIUM LAW**

ATLANTA     BOCA RATON     CHICAGO     FT. LAUDERDALE